## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-00462-JLS-JDE | Date | January 12, 2023 |
|---|---|---|---|
| Title | Haydon Modglin v. Anthony Hsieh et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

V.R. Vallery
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

    This action was filed on January 21, 2022.   On April 25, 2022, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before May 2, 2022, why this action should not be dismissed for lack of prosecution [13]. Plaintiff has failed to respond to the Court's Order.   Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

    The Court's Order to Show Cause is hereby DISCHARGED.

                                                                                          ___ : ___

                                          Initials of Deputy Clerk    vv